# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**RAPHAE JAMAAL HUBBARD,**

        Plaintiff,

   v.                                                           **Civil Action No. 5:22-CV-183**
                                                                       Judge Bailey

**TROOPER A. A. BEAN,** West Virginia
State Trooper, **TROOPER L. EVANS,**
West Virginia State Trooper, **LYDIA
LEHMAN,** Assistant Prosecuting Attorney,
and **WEST VIRGINIA DEPARTMENT OF
STATE POLICE,**

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that the case be dismissed with prejudice and the Motion to Proceed *in forma pauperis* be denied as moot, and the fee waived.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C.

1

§ 636(b)(1) waives the right to raise those objections at the appellate court level. ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation **[Doc. 8]** is **ADOPTED**, and plaintiff's State Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 **[Doc. 1]** is **DISMISSED WITH PREJUDICE** and plaintiff's Motion to Proceed *in forma pauperis* **[Doc. 2]** is **DENIED AS MOOT** and the **FEE WAIVED**. This Court further **DIRECTS** the Clerk to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

DATED: August 25, 2022.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**